UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARREN WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:03-cv-2043-DFH-TAB |
| ) | |
| RICHMOND POWER AND LIGHT, ) | |
| ) | |
| Defendant. ) | |

ENTRY ON COMBINED MOTION

Plaintiff Darren Wright has filed a post-judgment motion that seeks two forms of relief: (1) clarification of the basis for the court's assessment of costs against him, and (2) relief under Rule 60(b) from the assessment of costs, and perhaps other relief as well.

The court grants the first part of the motion, to clarify the basis for the assessment of costs. The court taxed total costs of $1,544.85, consisting of the following amounts: arbitration transcript – $620.55; Wright deposition transcript – $896.80; copying – $27.50, based on 275 copies at 10 cents per page. The court did not order Wright to pay the video costs for his deposition.

The court will await a response, if any, from defendant before acting on the Rule 60(b) portion of plaintiff's motion.

-2-

So ordered.

Date:  August 1, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Terry W. Dawson
BARNES & THORNBURG
terry.dawson@btlaw.com  patty.snyder@btlaw.com

John T.L. Koenig
BARNES & THORNBURG
jkoenig@btlaw.com

John O'Conner Moss, III
MOSS & MOSS
chip@mossandmosslaw.com

John O'Conner Moss, Jr.
MOSS & MOSS
jmjr@mossandmosslaw.com

Marc Josef McCarthy Moss
MOSS LAW, LLC
mmoss@mosslawllc.com

Norman L. Reed
reedsmithlaw@aol.com